# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                        Case No.: 1:13−cr−00036
                                                                   Honorable Elaine E. Bucklo

Ivo Pavlik, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 19, 2015:

      MINUTE entry before the Honorable Edmond E. Chang as to Mitko Marguin: The Court is sitting as the emergency judge. Bail hearing held. Defendant is in custody and appeared in court. Defendant's attorney Lawrence S. Beaumont appeared by telephone. The parties' joint request to modify Defendant's conditions of release is granted. The Court also reviewed the sentencing agreement with Defendant. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.