**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff** | ) | |
| **Vs.** | ) | **Case No.  13 CR 00036-4** |
| | ) | |
| | ) | |
| | ) | |
| **MITKO MARGUIN** | ) | **Judge Elaine E. Bucklo** |
| **Defendant** | ) | |

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL**

NOW COMES the defendant, Mitko Marguin, by and through his attorney, Lawrence S. Beaumont, and without opposition from the Probation Department or the United States Attorneys Office, respectfully moves this Honorable Court for the entry of an order, permitting the defendant to travel throughout the continental United States for work purposes.  In support of this motion, defendant offers the following:

1.      On February 19, 2015, the defendant was released on bond in the amount of $10,000.00 and, at the same time, entered into a Sentencing Agreement.  A status hearing in this matter is scheduled for June 26, 2015.

2.      Mr. Marguin has secured employment as a truck driver with Atlantic Transport, Inc., located in Elgin, Illinois.

3.      As part of his employment, it is necessary for him to travel throughout the continental United States.

4.      The Assistant United States Attorney has no objection to the defendant's travel request; likewise, defendant's Pretrial Services Officer has no objection to the defendant's travel request.

WHEREFORE the defendant, Mitko Marguin respectfully moves this Honorable Court to enter an order granting him permission to travel throughout the continental United States for the reasons stated above.

Respectfully submitted,

/s/Lawrence S. Beaumont
Lawrence S. Beaumont
Attorney –at- Law
53 W. Jackson Blvd.
Chicago, Illinois
(312) 765-6000