UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| Vs. | ) | Case No. 13 CR 00036-4 |
| | ) | |
| | ) | |
| | ) | |
| MITKO MARGUIN | ) | Honorable Elaine E. Bucklo |
| **Defendant** | ) | United States District Judge |

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

Now comes the defendant, Mitko Marguin, by his attorney, Lawrence S. Beaumont, and hereby respectfully moves this Court to continue his sentencing indefinitely and in support states as follows:

1. The defendant's sentencing hearing is scheduled for June 26, 2015.

2. The defendant is still cooperating with the government as they are still conducting their investigation. As such, the government would like this sentencing continued and, by agreement, we respectfully request that the defendant's sentence be continued indefinitely.

3. The Assistant United States Attorney, Matthew Getter, has no objection to this request.

**WHEREFORE,** the defendant respectfully requests this Court continue his sentencing indefinitely.

Respectfully submitted,

/s/Lawrence S. Beaumont
Lawrence S. Beaumont
Attorney –at- Law
53 W. Jackson Blvd.
Chicago, Illinois
(312) 765-6000